UNITED STATES of America, Plaintiff–Appellee

v.

Juan Carlos COMPIAN, Defendant–Appellant.

No. 09–41224
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

June 22, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Juan Carlos Compian raises arguments that he concedes are foreclosed by *United States v. Betancourt*, 586 F.3d 303, 308–09 (5th Cir.2009), *cert. denied*, —— U.S. ——, 130 S.Ct. 1920, 176 L.Ed.2d 390 (2010), which reaffirmed the holding in *United States v. Gamez–Gonzalez*, 319 F.3d 695, 700 (5th Cir.2003), that knowl-

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

edge of drug type and quantity is not a material element of the offense. The appellant's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.